Defendants, Impleaded with SELMA KAMAIKY and Others, as Trustees, etc., Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

EDWARD J. QUINTAL and Others, as Trustees in Bankruptcy of CONSOLIDATED FACTORS CORPORATION, Bankrupt, Appellants, v. JESSE ADLER and Others, Defendants, Impleaded with EPHRAIM BASS and Others, Respondents.*— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [146 Misc. 300.]

ALBERT GODDE BEDIN, INC., Appellant, v. EMMA MALOOF, INC., Respondent. — Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

STEBBINS, LETERMAN & GATES, INC., Respondent, v. ALFRED C. BLUMENTHAL, Appellant.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, on the ground that there is a triable issue. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY KROGER and Others, Appellants, v. HUGO JABURG, JR., Also Known as HUGH F. JABURG and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL BUCHLER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FREBEL HOLDING CORPORATION, Appellant, v. EDWARD W. BROWNING, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LEONARD MOOK, Appellant, v. ARCHITECTS' OFFICES, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs, and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FRANK PAGANO, as Administrator, etc., of FEDERICO PAGANO, Deceased, Appellant, v. JOHN LOUGHLIN and MARTIN F. LOUGHLIN, Copartners, etc., Respondents.†— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., re Widening of Allen Street from Schiff Parkway (Delancey Street) to Division Street and Pike Street from Division Street to East Broadway, Borough of Manhattan, City of New York. In the Matter of the Application of FANNIE SIEGEL, as Executrix, etc., of HARRIS SIEGEL, Deceased, to Vacate Order Entered July 14, 1932, and for an Order Directing the Chamberlain of the City of New York to Pay unto Said FANNIE SIEGEL, as Executrix Aforesaid, One-third of the Award Made Herein, Free and Clear of Any Liens, Encumbrances and Deductions Whatsoever. FANNIE SIEGEL, as Executrix, etc., and Another, Appellants; DAVID SUIB and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THERESA DE GRAVE and EDMUND DE GRAVE, Respondents, v. WILLIAM B. OSGOOD FIELD and DOUGLAS G. TREND, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event,

---

* Affd., 264 N. Y. ——.

† Motion to dismiss appeal denied, 263 N. Y. 664; affd., 264 id. ——.